**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01711-LTB-CBS

GERALD STEINSIEK,
        Plaintiff,

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,
        Defendant.
_____

**ORDER**
_____

Upon the parties' Stipulation For Dismissal With Prejudice, filed July 28, 2006,

IT IS ORDERED that the case is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

                                BY THE COURT:

                                _s/Lewis T. Babcock_____
                                Lewis T. Babcock, Chief Judge

DATED this 31st day of July 2006.